MONTGOMERY Y. PAEK, ESQ.
Bar No. 10176
EMIL S. KIM, ESQ.
Bar No. 14894
MICHAEL D. DISSINGER, ESQ.
Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email:  mpaek@littler.com
            ekim@littler.com
            mdissinger@littler.com

Attorneys for Defendants
APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, AND PATRICIA CONRAD

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE D. STUCKEY, JR., Individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION., TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants. | Case No. 2:22-cv-01964-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, LANCE D. STUCKEY, JR. ("Plaintiff"), and Defendants, APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT

CONRAD, BRANDON CONRAD, and PATRICIA CONRAD (hereinafter collectively "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of January 27, 2023, up to and including **February 27, 2023**. In exchange for the thirty (30) day extension of time to respond to the Complaint, Defendants agree not to dispute service of process. This is the first request for an extension of time to respond to the Complaint. The instant request for an extension is necessary because counsel for Defendants were recently retained and need additional time to investigate the allegations contained in the Complaint and prepare a sufficient responsive pleading thereto. This request is made in good faith and not for the purpose of delay.

Dated: January 25, 2023

Respectfully submitted,

*/s/ Leon Greenberg*
LEON GREENBERG, ESQ.
RUTHANN DEVEREAUX-GONZALEZ, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

Attorneys for Plaintiff
LANCE D. STUCKEY, JR.

Dated: January 25, 2023

Respectfully submitted,

*/s/ Montgomery Y. Paek*
MONTGOMERY Y. PAEK, ESQ.
EMIL S. KIM, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, AND PATRICIA CONRAD

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 26, 2023