Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Donna DiMaggio, Esq.
Nevada State Bar No. 9794
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
ddimaggio@joneslovelock.com

*Attorneys for Defendant,*
*TAB CONTRACTORS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE D. STUCKEY, JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION, TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants. | Case No. 2:22-cv-01964-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TAB CONTRACTORS, INC. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, LANCE D. STUCKEY, JR. ("Plaintiff") and Defendant, TAB CONTRACTORS, INC. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of January 26, 2023, up to and including **March 27, 2023**. In exchange for the sixty (60) day extension to respond, Defendant agrees not to dispute service of process.

This is the first request for an extension of time to respond to the Complaint. The request is

1  necessary because counsel for Defendant was recently retained and needs additional time to
2  investigate the allegations and prepare a response to the Complaint. Further, the parties are exploring
3  possible early resolution of the matter. This request is made in good faith and not for the purposes of
4  delay.

Dated: February 21, 2023.                          Dated: February 21, 2023.

*/s/ Leon Greenberg, Esq.*                         */s/ Donna DiMaggio, Esq.*
Leon Greenberg, Esq.                               Nicole E. Lovelock, Esq.
Nevada Bar No. 8094                                Nevada Bar No. 11187
Ruthann Devereaux-Gonzalez, Esq.                   Donna DiMaggio, Esq.
Nevada Bar No. 15904                               Nevada Bar No. 9794
LEON GREENBERG PROFESSIONAL                        JONES LOVELOCK
CORPORATION                                        6600 Amelia Earhart Court, Suite C
1811 South Rainbow Boulevard – Suite 210           Las Vegas, NV 89119
Las Vegas, NV 89146                                nlovelock@joneslovelock.com
leongreenberg@overtimelaw.com                      ddimaggio@joneslovelock.com

*Attorneys for Plaintiff Lance D. Stuckey, Jr.*    *Attorneys for Defendant Tab Contractors, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2023

**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, NV 89119

2