MONTGOMERY Y. PAEK, ESQ.
Bar No. 10176
EMIL S. KIM, ESQ.
Bar No. 14894
MICHAEL D. DISSINGER, ESQ.,
Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:  mpaek@littler.com
           ekim@littler.com
           mdissinger@littler.com

Attorneys for Defendants
APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, and PATRICIA CONRAD

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE D. STUCKEY, JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION., TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants. | Case No. 2:22-cv-01964-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff, LANCE D. STUCKEY, JR. ("Plaintiff"), and Defendants, APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, and PATRICIA CONRAD (collectively, the "Conrad

Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for the Conrad Defendants to file a response to the Complaint [ECF No. 1] by forty-five (45) days from the current deadline of February 27, 2023, **up to and including April 13, 2023**. This is the second request for an extension of time to respond to the Complaint. The instant request for an extension is necessary because counsel for the Conrad Defendants is currently conducting an initial document collection and review, and the Conrad Defendants and Plaintiff are also exploring potential resolution of this matter. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: February 23, 2023 | Dated: February 23, 2023 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Leon Greenberg* | */s/ Emil S. Kim* |
| LEON GREENBERG, ESQ.<br>RUTHANN DEVEREAUX-GONZALEZ, ESQ.<br>LEON GREENBERG PROFESSIONAL CORPORATION | MONTGOMERY Y. PAEK, ESQ.<br>EMIL S. KIM, ESQ.<br>MICHAEL D. DISSINGER, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff<br>LANCE D. STUCKEY, JR. | Attorneys for Defendants<br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, and PATRICIA CONRAD |

**IT IS SO ORDERED.**

Dated:  February 23, 2023

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800