PAUL T. TRIMMER
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL
Nevada Bar No. 14739
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
        lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Williams Charles Construction*
*Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE D. STUCKEY, JR., individually and on behalf of all other similarly situated,<br><br>                Plaintiffs,<br><br>       vs.<br><br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION, TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>                Defendants. | Case No. 2:22-cv-01964-APG-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Lance D. Stuckey, Jr. ("Plaintiff"), through his counsel Leon Greenberg Professional Corporation, and Defendant William Charles Construction Company ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including April 14, 2023, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant was served with the Complaint and summons on or around January 12, 2023. Defendant does not contest that service was effective.

2. Defendant's response to the Complaint was due on or around February 2, 2023.

3. Counsel for Defendant has been in communication with Plaintiff's counsel regarding a potential resolution amongst the several named defendants.

4. Accordingly, the parties agreed to extend Defendant's deadline to file an Answer from February 2, 2023, to April 14, 2023.

5. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of delay.

Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 7th day of March, 2023.

| LEON GREENBERG PROFESSIONAL CORPORATION | JACKSON LEWIS P.C. |
|---|---|
| */s/ Leon Greenberg* <br> LEON GREENBERG, ESQ. <br> RUTHANN DEVEREAUX-GONZALEZ, ESQ. <br> 1811 S. Rainbow Blvd., Suite 210 <br> Las Vegas, NV 89146 | */s/ Lynne K. McChrystal* <br> Paul T. Trimmer <br> Lynne K. McChrystal <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* <br> Lance D. Stuckey, Jr. | *Attorneys for Defendant* <br> William Charles Construction Company |

**ORDER**

IT IS SO ORDERED:

_____
~~United States District Court Judge /~~
United States Magistrate Judge

Dated: 3-9-2023

2