Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Donna DiMaggio, Esq.
Nevada State Bar No. 9794
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
ddimaggio@joneslovelock.com

*Attorneys for Defendant,*
*TAB CONTRACTORS, INC.*

**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, NV 89119

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LANCE D. STUCKEY, JR., Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION, TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,

Defendants.

Case No. 2:22-cv-01964-APG-VCF

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT TAB CONTRACTORS, INC. TO FILE RESPONSIVE PLEADING TO COMPLAINT**

**[SECOND REQUEST]**

Plaintiff, LANCE D. STUCKEY, JR. ("Plaintiff") and Defendant, TAB CONTRACTORS, INC. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of March 27, 2023, up to and including **April 20, 2023**.

This is the second request for an extension of time to respond to the Complaint. The request is necessary because the parties are exploring possible early resolution of the matter. This request is

made in good faith and not for the purposes of delay.

Dated: March 27, 2023.

*/s/ _Leon Greenberg, Esq._*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
LEON GREENBERG PROFESSONAL CORPORATION
1811 South Rainbow Boulevard – Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com

*Attorneys for Plaintiff Lance D. Stuckey, Jr.*

Dated: March 27, 2023.

*/s/ Donna DiMaggio, Esq.*
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
Donna DiMaggio, Esq.
Nevada Bar No. 9794
JONES LOVELOCK
6600 Amelia Earhart Court, Suite C
Las Vegas, NV 89119
nlovelock@joneslovelock.com
ddimaggio@joneslovelock.com

*Attorneys for Defendant Tab Contractors, Inc.*

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: 3-28-2023

**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, NV 89119