MONTGOMERY Y. PAEK, ESQ.
Bar No. 10176
EMIL S. KIM, ESQ.
Bar No. 14894
MICHAEL D. DISSINGER, ESQ.
Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email:  mpaek@littler.com
             ekim@littler.com
             mdissinger@littler.com

Attorneys for Defendants
APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, and HARBER COMPANY, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE D. STUCKEY, JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION., TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants. | Case No. 2:22-cv-01964-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY MATTER IN ITS ENTIRETY PENDING GLOBAL SETTLEMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff, LANCE D. STUCKEY, JR. ("Plaintiff"), and Defendants, APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT

CONRAD, BRANDON CONRAD, PATRICIA CONRAD (the "Conrad Defendants"), LAS VEGAS PAVING CORPORATION ("Las Vegas Paving"), TAB CONTRACTORS, INC. ("TAB"), WILLIAM CHARLES CONSTRUCTION COMPANY ("William Charles"), and HARBER COMPANY INC. ("Harber") (collectively herein "Defendants"), by and through their respective undersigned counsel, hereby request and stipulate that the Court stay all case deadlines for all parties to this litigation for twenty-one (21) days from the date of this Stipulation pending execution of settlement documents and submission of a subsequent stipulation and order to dismiss the matter in its entirety with prejudice.

The parties have reached an agreement to globally settle and resolve this matter in its entirety for all claims and all parties to the litigation. The parties make this request to permit time to prepare necessary settlement documents, a stipulation and order to dismiss the matter in its entirety with prejudice, and any other documents necessary to close the matter.

Pursuant to this Stipulation, all responsive pleading deadlines shall be extended by twenty-one (21) days from the date of this Stipulation up to and including **May 4, 2023**. Nonetheless, the parties intend to submit a stipulation and order to dismiss the matter in its entirety with prejudice within twenty-one (21) days from the date of this Stipulation.

This Stipulation is submitted in good faith and not for the purpose of undue burden or delay.

| | |
|---|---|
| Dated: April 13, 2023 | Dated: April 13, 2023 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Leon Greenberg* | */s/ Michael D. Dissinger* |
| LEON GREENBERG, ESQ.<br>RUTHANN DEVEREAUX-GONZALEZ, ESQ.<br>LEON GREENBERG PROFESSIONAL CORPORATION | MONTGOMERY Y. PAEK, ESQ.<br>EMIL S. KIM, ESQ.<br>MICHAEL D. DISSINGER, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff<br>LANCE D. STUCKEY, JR. | Attorneys for Defendants<br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, and HARBER COMPANY, INC. |

| | |
|---|---|
| Dated: April 13, 2023 | Dated: April 13, 2023 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Lynne K. McChrystal | /s/ Nicole E. Lovelock |
| PAUL T. TRIMMER, ESQ.<br>LYNNE K. MCCHRYSTAL, ESQ.<br>JACKSON LEWIS P.C. | NICOLE E. LOVELOCK, ESQ.<br>DONNA DIMAGGIO, ESQ.<br>JONES LOVELOCK |
| Attorneys for Defendant<br>WILLIAM CHARLES CONSTRUCTION COMPANY | Attorneys for Defendant<br>TAB CONTRACTORS, INC. |

Dated: April 13, 2023

Respectfully submitted,

/s/ Tye S. Hanseen
TYE S. HANSEEN, ESQ.
MARQUIS AURBACH COFFING

Attorneys for Defendant
LAS VEGAS PAVING CORPORATION

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   4-18-2023

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

3