MONTGOMERY Y. PAEK, ESQ.
Bar No. 10176
EMIL S. KIM, ESQ.
Bar No. 14894
MICHAEL D. DISSINGER, ESQ.
Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:  mpaek@littler.com
        ekim@littler.com
        mdissinger@littler.com

Attorneys for Defendants
APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, and HARBER COMPANY, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE D. STUCKEY, JR., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, LAS VEGAS PAVING CORPORATION., TAB CONTRACTORS, INC., WILLIAM CHARLES CONSTRUCTION COMPANY, HARBER COMPANY, INC., John Does I to XX, name fictitious true name and number of persons being unknown, and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants. | Case No. 2:22-cv-01964-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, LANCE D. STUCKEY, JR. ("Plaintiff"), and Defendants, APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT

CONRAD, BRANDON CONRAD, PATRICIA CONRAD (the "Conrad Defendants"), LAS VEGAS PAVING CORPORATION ("Las Vegas Paving"), TAB CONTRACTORS, INC. ("TAB"), WILLIAM CHARLES CONSTRUCTION COMPANY ("William Charles"), and HARBER COMPANY, INC. ("Harber") (collectively herein "Defendants") (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each Party to bear its own costs and attorney fees.

Plaintiff filed this action against Defendants on November 23, 2022 alleging six causes of action: (1) failure to pay overtime at the appropriate rate of pay in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207; (2) failure to pay overtime wages at the appropriate rate of pay in violation of Nev. Rev. Stat. 608.018; (3) unpaid wages owed under Nev. Rev. Stat. 608.150; (4) unpaid wages owed under Nev. Rev. Stat. 608.135; (5) failure to pay continuation wages in violation of NRS 608.040-608.050; and (6) failure to pay prevailing wages in violation of Nev. Rev. Stat. 338.020 to 338.075. **ECF No. 1.**

As the matter has been resolved, the Parties desire to dismiss the action in its entirety with prejudice with the Court retaining jurisdiction solely to enforce the Parties' confidential settlement agreement. The Parties agree that no Party shall be deemed to be a prevailing party in this action and that no Party will file for an award of costs or attorney fees pursuant to any rule, statute or law, whether local, state or federal, in any forum that would be available.

The consideration provided for settlement is memorialized in a confidential settlement agreement. Since this matter is in the early stages of litigation – *e.g.,* responsive pleadings have not been filed; the Court has not certified the action as a class action; notice of the action has not been provided to any putative class members; and no similarly situated employees have opted into the action – the terms may be provided to the Court for in camera review should the Court so request.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: May 18, 2023

Respectfully submitted,

*/s/ Leon Greenberg*
LEON GREENBERG, ESQ.
RUTHANN DEVEREAUX-GONZALEZ, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

Attorneys for Plaintiff
LANCE D. STUCKEY, JR.

Dated: May 18, 2023

Respectfully submitted,

*/s/ Michael D. Dissinger*
MONTGOMERY Y. PAEK, ESQ.
EMIL S. KIM, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
APEX MATERIALS, LLC, ELKHORN ENVIRONMENTAL, LLC, WERDCO BC, INC., WERDCO LLC, BRENT CONRAD, BRANDON CONRAD, PATRICIA CONRAD, and HARBER COMPANY, INC.

Dated: May 18, 2023

Respectfully submitted,

*/s/ Lynne K. McChrystal*
PAUL T. TRIMMER, ESQ.
LYNNE K. MCCHRYSTAL, ESQ.
JACKSON LEWIS P.C.

Attorneys for Defendant
WILLIAM CHARLES CONSTRUCTION COMPANY

Dated: May 18, 2023

Respectfully submitted,

*/s/ Nicole E. Lovelock*
NICOLE E. LOVELOCK, ESQ.
DONNA DIMAGGIO, ESQ.
JONES LOVELOCK

Attorneys for Defendant
TAB CONTRACTORS, INC.

Dated: May 18, 2023

Respectfully submitted,

*/s/ Tye S. Hanseen*
TYE S. HANSEEN, ESQ.
MARQUIS AURBACH COFFING

Attorneys for Defendant
LAS VEGAS PAVING CORPORATION

**IT IS SO ORDERED.**

Dated: May 19, 2023

_____
UNITED STATES DISTRICT JUDGE